HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
LLOYD BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD BRADLEY,<br><br>Defendant. | Case No. 2:14-cr-293 KJM<br><br>UNOPPOSED MOTION TO AMEND PRESENTENCE REPORT (AMENDED) |

Lloyd Bradley, through Assistant Federal Defender Noa E. Oren, respectfully moves the Court to order Probation to run a new RAP sheets and update paragraphs 49-56 of the presentence report at Doc. 27 so that he may resolve any outstanding warrants if they exist. The government does not oppose this request.

DATED: November 28, 2018        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Noa E. Oren
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LLOYD BRADLEY

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the unopposed motion, orders Probation to run new RAP sheets and updates paragraphs 49-56 of Mr. Lloyd Bradley's presentence report at Docket 27 so that he may resolve any outstanding warrants if they exist.

DATED: December 3, 2018.

_____
UNITED STATES DISTRICT JUDGE