John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
LLOYD BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LLOYD BRADLEY,<br><br>　　　　　　Defendant. | No.  2:14-CR-0293-KJM<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Hon. Kimberly J. Mueller<br>Chief U.S. District Judge |

Defendant Lloyd Bradley, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A), *nunc pro tunc to April 10, 2020* when counsel was first contacted by the Federal Defender to represent Mr. Bradley in these proceedings.  *See* Motion to Reduce Sentence filed 5/19/20, docket 59.  Mr. Balazs had previously represented Mr. Bradley with respect to a motion under 28 U.S.C. § 2255.  The Office of the Federal Defender supports this appointment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  May 20, 2020　　　　　　　/s/ John Balazs
　　　　　　　　　　　　　　　　　　John Balazs
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Lloyd Bradley

**ORDER**

**IT IS SO ORDERED.**

Dated: May 22, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE