UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-293-KJM |
| Plaintiff, | |
| v. | ORDER |
| LLOYD BRADLEY, | |
| Defendant. | |

On July 7, 2020 the court granted defendant's motion for compassionate release and modified defendant's sentence of incarceration to time served, "to be followed by the 36-month term of supervised release previously imposed." Order, ECF No. 69, at 13. The court further stipulated: "A special condition of supervised release is added whereby defendant shall be subject to home confinement as directed by the probation officer [. ..] " *Id.*

Upon further consideration, and in light of the need to specify the length of time defendant will spend in home confinement, the court hereby AMENDS the relevant portion of its July 7 order as follows:

The court modifies defendant's sentence of incarceration to time served, followed by a term of 36 months of supervised release with the added special condition that for 6 months defendant be subject to home confinement with defendant bearing the attendant cost of location

1

monitoring. All other previously imposed conditions of supervised release remain in effect. *See United States v. Lee*, 19-CR-00419-SI-1, 2020 WL 2512415, at *2 (N.D.Cal. May 15, 2020).

This order AMENDS ECF No. 69. To the extent the remainder of the court's July 7 order does not conflict with this order, the July 7 order remains in effect.

IT IS SO ORDERED.

DATED: July 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE