John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
LLOYD BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LLOYD BRADLEY,<br><br>             Defendant. | No.  2:14-CR-0293-KJM<br><br>**STIPULATION AND PROPOSED ORDER**<br><br>Date:   December 15, 2020<br>Court:  Hon. Kimberly J. Mueller |

     Defendant Lloyd Bradley, through counsel, and the United States, through counsel, hereby stipulate and request that Charge One of the Superseding Petition for Warrant or Summons For Offender Under Supervision, filed October 21, 2020, be dismissed. This stipulation is presented to ensure the record accurately reflects the disposition of the petition from December 14, 2020. It further reflects the parties' understanding from November 2, 2020, when defendant entered an admission only to Charges Two and Three of the petition in anticipation of Charge One being dismissed at the December 14, 2020, dispositional hearing.

                                              Respectfully submitted,

///

///

Dated:  December 15, 2020

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
LLOYD BRADLEY

Dated:  December 15, 2020

McGREGOR SCOTT
United States Attorney

/s/ Alexis Nelsen
ALEXIS NELSEN
Assistant United States Attorney

**ORDER**

**CHARGE ONE OF THE SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION IS HEREBY DISMISSED. IT IS SO ORDERED.**

Dated:  December 15, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE