PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LLOYD BRADLEY,<br><br>                    Defendant. | CASE NO. 2:14-CR-00293 KJM<br><br>STIPULATION REGARDING DISMISSAL OF CHARGE TWO OF SUPERVISED RELEASE VIOLATION PETITION; FINDINGS AND ORDER<br><br>DATE:   10/18/2021<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Lloyd Bradley, by and through defendant's counsel of record, John Balazs, hereby stipulate as follows:

1. On May 10, 2021, a petition alleging two separate violations of defendant's supervised release was filed. ECF No. 95.

2. On September 13, 2021, defendant admitted Charge One of the petition. *See* ECF No. 104.

3. At the time of defendant's admission, the government agreed to dismiss Charge Two of the petition.

4. On the government's motion and by stipulation, Charge Two of the petition for

///

STIPULATION AND ORDER DISMISSING
CHARGE ONE OF THE PETITION

1

revocation of defendant's supervised release should be dismissed.

IT IS SO STIPULATED.

Dated:  October 18, 2021         PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXIS NELSEN
ALEXIS NELSEN
Assistant United States Attorney

Dated:  October 18, 2021         /s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
LLOYD BRADLEY

### FINDINGS AND ORDER

The Court adopts and incorporates by reference the above stipulation.  Accordingly, Charge Two of the petition filed May 10, 2021 (ECF No. 95) is dismissed.

IT IS SO FOUND AND ORDERED this 19th day of October, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

CHARGE ONE OF THE PETITION

2